UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY NEWTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Respondent. | Case No. CV 08-08133 GW (AN)<br><br>ORDER APPROVING AND<br>ADOPTING REPORT AND<br>RECOMMENDATION OF UNITED<br>STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has conducted a *de novo* review of the pleadings and all other papers in this case, including the Magistrate Judge's Report and Recommendation ("R&R"). No objections have been filed by either party.

　　　The R&R is deemed to incorporate the following changes and corrections:

　　　1.　　Page 3, line 5: "his" is changed to "her".

　　　2.　　Page 6, line 7: "Respondent" is changed to "Commissioner".

　　　3.　　Page 9, line 15: "form" is changed to "from".

　　　4.　　Page 10, line 3: "Listing" is changed to "Listings".

　　　5.　　Page 10, line 27: The comma following "1039" is deleted.

　　　6.　　Page 10, line 28: A period is inserted after "1284)".

7. Page 11, line 19: A comma is inserted between the words "way" and "for".

8. Page 11, line 22: The word "claimants's" is changed to "claimant's".

9. Page 12, line 24: The phrase "security job" should be "security guard".

10. Page 15, line 15: The phrase "and appropriate" is added after the word "germane".

It is ordered that: (1) the R&R is approved and adopted with the foregoing changes and corrections; (2) Plaintiff's request for an order remanding this case pursuant to Sentence Four of 42 U.S.C. § 405(g) is granted; and (3) the Clerk is directed to enter a Judgment remanding this case to the Commissioner for further proceedings consistent with the R&R.

Dated: August 24, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE