Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY NEWTON, | Case No. CV 08-08133 GW (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the final decision of the Commissioner is reversed, and that this action is remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

Dated: August 24, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE